UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DARIO SANTANA,

        Plaintiff,

v.

TSJL REALTY CORP.; HSC MANAGEMENT
CORP.; DIONYS FLORES; JOSH KOPPEL,

        Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1084 (VB)

2/10/23

      Under Rule 18(a)(3) of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to the White Plains courthouse if:

    i. The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii. The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

    i. The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    ii. At least half of the parties reside in the Northern Counties.

      In his complaint, plaintiff alleges he resides in Bronx County and his claims arose in Bronx County. He further alleges defendants TSJL Realty Corp. and HSC Management Corp. are located in Westchester County and defendants Dionys Flores and Josh Koppel reside in Bronx County. (Doc. #1). However, in the civil cover sheet, plaintiff states all defendants, including the individual defendants, reside at 102 Gramatan Avenue, Mount Vernon, New York, which is in Westchester County. (Doc. #2). Therefore, it is not clear where defendants Flores and Koppel reside, and whether this case was properly designated to White Plains. If defendants Flores and Koppel reside in Bronx County, as alleged in the complaint, the case would not be

1

2

properly designated to the White Plains courthouse because the claim did not arise in the Northern Counties and fewer than half of the parties reside in the Northern Counties.

Accordingly, by **February 17, 2023**, plaintiff's counsel shall submit a letter explaining in detail why this case is properly designated for assignment to the White Plains courthouse under Rule 18, or acknowledging that it should be reassigned to the Manhattan courthouse.

Dated: February 10, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge