```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARIO SANTANA,

                        Plaintiff,

          - against -

TSJL REALTY CORP. et al,

                       Defendants.
-------------------------------------------------------------X

23-CV-1084 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff filed this case on February 8, 2023.  No affidavit of service of the summons and complaint appears on the docket, and more than 90 days have elapsed since commencement of the case.  Accordingly, by May 22, 2023, Plaintiff shall file a status letter regarding service of process on Defendants.  In the meantime, the Court sua sponte extends the time for service of process by 30 days to June 7, 2023.  Failure to effect service by that date will result in dismissal of the case without prejudice pursuant to F.R.C.P. 4(m).

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 13, 2023
       New York, New York

Copies transmitted this date to all counsel of record.