```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIO SANTANA,                                              :
                                                            :  23-CV-1084 (PGG) (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :  ORDER
                                                            :
TSJL REALTY CORP. et al,                                    :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Based on affidavits of service filed on June 20, 2023, Defendants were due to respond to the complaint by May 30, 2023. (*See* Dkts. 13, 15-16.) Defendants did not do so and have not appeared. On June 20, 2023, Plaintiff informed the Court that they were in settlement discussions with the Defendants. (Dkt. 14.) Accordingly, by August 17, 2023, Plaintiff shall file a status letter. Absent appearance by Defendants, Plaintiff will be directed to move for default or dismiss the case without prejudice.

                                                                        SO ORDERED.

                                                                  _____
                                                                  ROBERT W. LEHRBURGER
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2023
        New York, New York

Copies transmitted this date to all counsel of record.