```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIO SANTANA,
                                                            :
                         Plaintiff,                         :   23-CV-1084 (PGG) (RWL)
                                                            :
         - against -                                        :   ORDER
                                                            :
TSJL REALTY CORP. et al,                                    :
                                                            :
                         Defendants.                        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 17, 2023, Plaintiff filed a letter informing the Court that the parties had agreed to a settlement in principle and requested ten days to file a motion for settlement. (Dkt. 18.) On August 27, 2023, Plaintiff filed a Motion For Approval of Settlement. (Dkt. 20.) Because of a signature error, the document was deficient and the motion was terminated. Plaintiff's counsel was directed to re-file but has not done so.

Accordingly, Plaintiff shall file a corrected motion by September 26, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record.