```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIO SANTANA,

                Plaintiff,

     - against -

TSJL REALTY CORP. et al,

                Defendants.
------------------------------------------------------------X

23-CV-1084 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 26, 2023, the parties filed a corrected Motion for Approval of Settlement. (Dkt. 22.) The parties are reminded that pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1), the parties may consent to proceed before a United States Magistrate Judge to conduct all proceedings, including the resolution of the Motion for Approval of Settlement at Dkt. 22. In some instances, a Magistrate Judge's docket may permit earlier action than otherwise might be possible for the District Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1